In the Matter of the Application of WILLIAM C. LYON, HERMAN MAASS, JOHN J. BRUNO and ANNA THIESEN, Appellants, for a Peremptory Order of Mandamus against S. HOWARD COHEN and Others, Constituting the Board of Elections of the City of New York, Respondents.— Order denying petitioners' application for a peremptory order of mandamus requiring the board of elections of the city of New York to place petitioners' names upon the official ballot for the party position of county committeemen in the one hundred and first election district of the fourth Assembly district of the county of Queens, city of New York, unanimously affirmed, as a matter of law and not in the exercise of discretion. No opinion. Lazansky, P. J., Hagarty, Johnston, Adel and Taylor, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. SYDNEY LUCKMAN, Relator, v. PETER J. McGUINNESS, Sheriff of Kings County, etc., Respondent.— Writ of habeas corpus dismissed; the relator to remain in the custody of the sheriff of Kings county. Application for reduction of bail denied. Present — Lazansky, P. J., Hagarty, Davis and Taylor, JJ.; Carswell, J., not voting.

In the Matter of the Application of BERTHA RODMAN and WILLIAM RODMAN, Appellants, to Compel the Acceptance and Filing by the BOARD OF ELECTIONS OF THE CITY OF NEW YORK, Respondent, of Certain Petitions Designating BERTHA RODMAN and WILLIAM RODMAN for the Party Positions of Members of the County Committee of the Republican Party of the County of Queens from the Fifty-fourth Election District of the Sixth Assembly District of the County of Queens, for the Primary Election to Be Held April 2, 1936. CHARLES W. ZERWECK, Objector-Respondent.— Order denying motion to direct the board of elections of the city of New York to accept the designating petitions of Bertha Rodman and William Rodman as candidates for the office of county committeeman of the Republican party in the fifty-fourth election district of the sixth Assembly district of Queens county and to place their names on the ballot for the primary election to be held on April 2, 1936, affirmed on authority of *Matter of Wood* v. *Board of Elections* (*ante*, p. 322), decided herewith. Lazansky, P. J., Johnston and Taylor, JJ., concur; Hagarty and Adel, JJ., dissent and vote to reverse for the reasons stated in their dissenting memorandum in *Matter of Wood* v. *Board of Elections* (*ante*, pp. 322, 323).